SEAGRAVES *et al. v.* BLAKE.

LUMPKIN, J. The evidence authorized a finding in favor of the plaintiff; and, as against the defendants, there was no error in overruling the motion for a new trial and allowing the verdict to stand, after being reduced as to the amount of interest and attorney's fees due on the note upon which the suit was based.

*Judgment affirmed. All the Justices concur.*
MAY 14, 1912.

Complaint. Before Judge Daniel. Pike superior court. May 20, 1912.

*E. C. Armistead,* for plaintiffs in error.
*Cleveland & Goodrich,* contra.